JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

EASTERN DIVISION

MORRIS MESTER,

               Petitioner,

               v.

DAN CUEVA, Warden,

               Respondent.

Case No. 5:24-cv-00074-RGK-JDE

JUDGMENT

     Pursuant to the Order Summarily Dismissing Petition for Writ of Habeas Corpus,

     IT IS ADJUDGED that the action is dismissed without prejudice.

Dated: 1/19/2024

R. GARY KLAUSNER
United States District Judge